STATE OF NEW JERSEY v. GARY ALSTON.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WILLIAMS.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN J. ANDERSON.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. REINALDO ALBARRAN.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. IDALBERTO SANCHEZ.

April 6, 1981.

Petition for certification denied.